UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:     *

**Marty Joe Reed,**     *    CASE NO. 08-05427-TOM-13
**xxx-xx-**6403
Creely Berie Reed,
xxx-xx-7541
**Debtor(s)**     *

## ORDER DISCHARGING CHAPTER 7 TRUSTEE

    Andre' M. Toffel, having been the trustee in the above-styled case while it was pending under chapter 7, Title 11, United States Code, and said Chapter 7 trustee having filed a final report which shows that the administration of the case under Chapter 7 has been completed, the bankruptcy judge finds that said Chapter 7 trustee should be discharged and that said trustee and the surety on said trustee's bond should be relieved of liability in this case, except any liability heretofore accrued;

    Therefore, and for good cause found, it is **ORDERED** by the Court that said Chapter 7 trustee is discharged in this case, that said trustee and the surety on said trustee's official bond are relieved of liability with respect to this case, except any liability heretofore accrued, and that a copy of this order be furnished to said trustee.

Dated: October 17, 2014

    /s/ Tamara O. Mitchell
    TAMARA O. MITCHELL
    United States Bankruptcy Judge

/rwh